HOWARD CURTIS, RESPONDENT, v. CHARLES E. JOYCE, APPELLANT.

Argued November 26, 1917—Decided January 31, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 47.

686      COURT OF ERRORS AND APPEALS.

Ellis v. Penna. R. R. Co.                    *91 N. J. L.*

For the respondent, *V. Claude Palmer.*

For the appellant, *James Mercer Davis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—GARRISON, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.  9.

*For reversal*—None.